```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA
```

INTEGRA MANAGEMENT GROUP, INC.      CIVIL ACTION NO.

VERSUS                              07-154-FJP-SCR

CRAWFORD & COMPANY

## RULING

The Court having been advised by the parties that they are currently engaged in mediation:

IT IS ORDERED that the clerk administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings.

This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may request that this case be re-opened by written motion.

IT IS SO ORDERED.

Baton Rouge, Louisiana, _____July 16_____, 2008.

                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA

Doc#45294